# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0120
LT Case Nos. 2018-CF-1136
2019-CF-415

_____

JASON EVANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Jason Evans, Milton, pro se.

No Appearance for Appellee.

July 9, 2024

PER CURIAM.

AFFIRMED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____